**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CYNTHIA WOOD,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CASE NO. _____** |
| | § | |
| **FRONTIER AIRLINES, INC.,** | § | |
| **Defendant.** | § | |

**<u>EXHIBIT A</u>**

2024.06.25    Plaintiff's Original Petition
2024.08.21    Request for Issuance of Service
2025.02.12    Notice of Potential Dismissal for Want of Prosecution
2025.03.20    Affidavit of Service
2025.03.25    Notice of Appearance and Designation of Lead Counsel
2025.03.25    Plaintiff's Verified Motion to Retain

6/25/2024 12:21 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 89163174
By: Joshua Hall
Filed: 6/25/2024 12:21 PM

NO. _____

| | | |
|---|---|---|
| **CYNTHIA WOOD, PLAINTIFF** | § | **IN THE DISTRICT COURT** |
| | § | |
| **V.** | § | **_____JUDICIAL DISTRICT** |
| | § | |
| **FRONTIER AIRLINES, INC.** | § | |
| **DEFENDANT** | § | **HARRIS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff, CYNTHIA WOOD files this Plaintiff's Original Petition complaining of Defendant FRONTIER AIRLINES, INC. and respectfully shows as follows.

### I.
### DISCOVERY PLAN
### LEVEL 3

1.      Plaintiffs request that this lawsuit be governed by Discovery Plan Level 3 pursuant to Rule 190.4 of the Texas Rules of Civil Procedure.

### II.
### PARTIES

2.      Plaintiff, CYNTHIA WOOD is an individual resident of Conroe, Montgomery County, Texas. The last three numbers of her driver's license number are 719. The last three numbers of her social security number are 452.

3.      Upon information and belief, Defendant, FRONTIER AIRLINES, INC is an airline located nationwide. Defendant may be served by their registered agent, The Prentice Hall Corporation, 211 East 7th Street, Suite 620, Austin, Texas 78701-3218 or such address where they may be found. Plaintiff requests that citation be issued and Defendant be served at this time.

### III. JURISDICTION AND VENUE

4.      Venue is proper in Harris County, Texas, pursuant to Section 15.002(a)(3) and 15.005 of the Texas Civil Practice and Remedies Code. The Court has personal jurisdiction over the Defendant because the Defendant is a citizen of Texas and/or have sufficient contacts with Texas, both in general and with respect to this specific incident, that it is proper for the Court to exercise jurisdiction over the Defendants. The Court has subject matter jurisdiction in this case because the amount in controversy, exclusive of interest and costs, is within the jurisdictional limits of this Court as Plaintiffs, in compliance with Tex. R Civ. P. 47, seek monetary relief over $10,000,000.00.

5.      Plaintiffs expressly disavow any claims are being made pursuant to federal law, treaties, or constitution. Although the amount in controversy exceeds $75,000.00, any removal of this case would be improper since at least one of the properly joined defendant is a citizen of the State of Texas. Further, one or more of the properly joined and served Defendants are citizens of the state in which this action is brought. Any removal, or consent to removal, of this case to federal court would be improper.

### IV. AGENCY and SCOPE

6.      Whenever in this Petition it is alleged that Defendant did any act or thing, it is meant that Defendants' officers, agents, servants, employees or representatives did such act or thing and that at the time such act or thing was done, it was done with the full authorization or ratification of Defendant or was done in the normal and routine course of employment of Defendant's officers, agents, servants, employees, or representatives.

## V. <u>FACTUAL BACKGROUND</u>

7.      This litigation arises out of an incident that occurred in Las Vegas, Nevada On or about June 25, 2022. Plaintiff entered onto the premises of the aircraft of FRONTIER AIRLINES, flight number F9 2138, departing from Las Vegas to IAH Houston, Texas, as an invitee. Upon entering the cabin of the plane, Plaintiff could smell the odor of metallic fumes. As the Plane left the docking station, Plaintiff brought this to the attention of the stewardess but was told to stay in her seat. The smell and fumes intensified and the plane was turned around and reconnected with the docking station. Plaintiff and other passengers inhaled the air in the cabin for an extended period of time and were eventually led off the plane and back into the terminal. Plaintiff and many of the passengers were seen by medical crew and Plaintiff underwent medical examination where she found out that her oxygen levels were at 64%. Plaintiff has had permanent and lasting damage done to her lungs which has caused complications and an array of medical conditions. At all times, Defendant, FRONTIER AIRLINES, was the owner of the premises and had full control of the premises. The Defendant knew or should have known about the dangerous condition on their property; The condition posed "an unreasonable risk of harm;" and The Defendant did not reduce or eliminate the risk of harm that the condition created. As a result, Plaintiff, CYNTHIA WOOD suffered serious bodily injuries and other damages.

## VI. <u>CAUSES OF ACTION</u>

8.      Defendant was negligent. Defendant's negligence was a proximate cause of the injuries and damages to Plaintiff. At all times relevant to the Plaintiff injury, Defendant exercised control over the premises.

9.      Defendant was the owner of the plane onto which the Plaintiff boarded

(hereinafter "the premises"). Plaintiff, CYNTHIA WOOD was an invitee at the premises. Defendant had a duty to keep their premises safe by not creating and/or eliminating any dangerous conditions on their premises. The condition of the premises posed an unreasonable risk of harm. Defendant knew or reasonably should have known of the danger posed by the condition of the premises. Defendant breached their duty by failing to exercise ordinary care to protect Plaintiff from the danger, by both failing to adequately warn Plaintiff of the condition and failing to make that condition reasonably safe.

10.     The above misconduct of the Defendant was a proximate cause of the injuries and damages of Plaintiffs.

## VII. <u>DAMAGES</u>

11.     As a result of her bodily injuries, which were proximately caused by Defendants' negligence, Plaintiff is entitled to reasonable and proper compensation for the following legal damages:

    a.     past and future medical expenses;

    b.     past and future physical pain and mental anguish;

    c.     past and future physical impairment; and

    d.     past lost wages and future lost wage-earning capacity.

12.     Plaintiff seeks actual damages and punitive damages in an amount within the jurisdictional limits of this Court.

## VII. <u>RULE 193.7 NOTICE</u>

13.     Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiffs give notice that documents produced by any party to this case may be used at any pretrial proceeding

or at the trial of this matter.

## IX. **JURY DEMAND**

14.     Pursuant to Texas Rule of Civil Procedure 216, Plaintiff requests a trial by jury

and paid the appropriate fee contemporaneously with the filing of this Petition.

## X. **PRAYER**

Plaintiff prays that she have judgment against Defendant for actual damages shown

and proved at trial, for prejudgment and post-judgment interest, for costs of court and for all

other relief, legal and equitable, to which Plaintiff is entitled.

Respectfully submitted,

**LAW OFFICE OF KEITH PHILLIPS**
141 N. San Jacinto Street
Conroe, Texas 77301
Tel: (713) 367-3475

By: /s/ Keith A. Phillips
    Keith A. Phillips
    State Bar No. 24101137
    keithalanphillips@gmail.com
    **ATTORNEY FOR PLAINTIFF**

8/21/2024 12:00 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 91136757
By: M Brooks
Filed: 8/21/2024 12:00 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**Request for Issuance of Service**

**CASE NUMBER:** 2024-40127        **CURRENT COURT:** Harris County 157th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** 6/25/2024        Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Frontier Airlines Inc.

Address of Service: The Prentice Hall Corporation, 211 East 7th Street, Suite 620, Austin, Texas 78701-3218

City, State & Zip:

Agent (if applicable)

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    Newspaper _____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias** (not by E-Issuance)
- [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**
- [ ] **Highway Commission/Texas Department of Transportation ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [x] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney at:** _____        **(No Service Copy Fees Charged)**
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by CONSTABLE**
- [ ] **CERTIFIED MAIL by DISTRICT CLERK**

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____    Phone: _____
- [ ] **OTHER,** *explain*    keithalanphillips@gmail.com

**Issuance of Service Requested By:** Attorney/Party Name:  Keith A. Phillips        Bar # or ID    Bar: 24101137

Mailing Address:  430 Heights Blvd, Houston, Texas 77007

Phone Number:  (713) 367-3475

# JUDGE TANYA GARRISON
157th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2400

02/12/2025

TO ALL COUNSEL AND PRO SE PARTIES:

COURT RECORDS INDICATE THAT THE CASE IS ELIGIBLE FOR DISMISSAL FOR
WANT OF PROSECUTION BECAUSE NO ANSWER HAS BEEN FILED IN THIS CASE.
THIS CASE WILL BE DISMISSED FOR WANT OF PROSECUTION, UNLESS ONE OF
THE FOLLOWING ACTIONS IS TAKEN BEFORE OR BY MARCH 31, 2025.

1. YOU FILE AND HAVE HEARD BY HEARING A MERITORIOUS
MOTION FOR DEFAULT, A HEARING DATE MAY BE OBTAINED FROM
THE CLERKS OF THE 157TH DISTRICT COURT AT (832) 927-2400; OR,
2. AN ANSWER IS FILED; OR,
3. IF NEITHER OF THE ABOVE HAS BEEN DONE, THEN YOU MUST FILE A
VERIFIED MOTION TO RETAIN, SHOWING GOOD CAUSE TO RETAIN THE CASE
OR DILIGENCE IN PROSECUTION TO AVOID DISMISSAL BEFORE THE
DISPOSITION DEADLINE. ** IF THIS IS THE SECOND OR MORE MOTION TO RETAIN
IT MUST BE SET AND HEARD ON THE ORAL HEARING DOCKET BEFORE OR BY THE
DISMISSAL DATE**.

IF YOU HAVE NOT SET AND HAD THIS MATTER HEARD BY THE DISPOSITION
DEADLINE THIS CASE WILL BE DISMISSED ON THAT DATE WITHOUT FURTHER NOTICE.
HEARING DATES CAN BE OBTAINED FROM THE CLERKS AT (832) 927-2400.

NOTICE REGARDING NON-MILITARY AFFIDAVIT

IF YOU FILE A MOTION FOR DEFAULT JUDGMENT, YOU MUST COMPLY WITH
THE REQUIREMENTS OF 50 U.S.C. APP. 521, SECTION 201. THE REQUIREMENTS
FOR THE NON-MILITARY AFFIDAVIT ARE NOW MORE DETAILED. YOU ARE REQUIRED
TO STATE FACTS TO SUPPORT WHATEVER YOU ASSERT IN THE AFFIDAVIT.
READ THE FEDERAL STATUTE. A NON-COMPLYING MOTION FOR DEFAULT JUDGMENT
WILL NOT BE GRANTED AND WILL NOT BE SUFFICIENT TO AVOID DISMISSAL FOR
WANT OF PROSECUTION.

IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE
TRIAL COORDINATOR, MONICA NUNEZ AT (832) 927-2410.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS MATTER.

TANYA GARRISON

JUDGE, 157TH DISTRICT COURT

CASE - 202440127          FILED - 20240625          COURT - 157th
TYPE - PREMISES
WOOD, CYNTHIA VS FRONTIER AIRLINES INC

FRONTIER AIRLINES INC

2

JCVG01

# JUDGE TANYA GARRISON
157th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2400

02/12/2025

TO ALL COUNSEL AND PRO SE PARTIES:

COURT RECORDS INDICATE THAT THE CASE IS ELIGIBLE FOR DISMISSAL FOR
WANT OF PROSECUTION BECAUSE NO ANSWER HAS BEEN FILED IN THIS CASE.
THIS CASE WILL BE DISMISSED FOR WANT OF PROSECUTION, UNLESS ONE OF
THE FOLLOWING ACTIONS IS TAKEN BEFORE OR BY MARCH 31, 2025.

1. YOU FILE AND HAVE HEARD BY HEARING A MERITORIOUS
MOTION FOR DEFAULT, A HEARING DATE MAY BE OBTAINED FROM
THE CLERKS OF THE 157TH DISTRICT COURT AT (832) 927-2400; OR,
2. AN ANSWER IS FILED; OR,
3. IF NEITHER OF THE ABOVE HAS BEEN DONE, THEN YOU MUST FILE A
VERIFIED MOTION TO RETAIN, SHOWING GOOD CAUSE TO RETAIN THE CASE
OR DILIGENCE IN PROSECUTION TO AVOID DISMISSAL BEFORE THE
DISPOSITION DEADLINE. ** IF THIS IS THE SECOND OR MORE MOTION TO RETAIN
IT MUST BE SET AND HEARD ON THE ORAL HEARING DOCKET BEFORE OR BY THE
DISMISSAL DATE**.

IF YOU HAVE NOT SET AND HAD THIS MATTER HEARD BY THE DISPOSITION
DEADLINE THIS CASE WILL BE DISMISSED ON THAT DATE WITHOUT FURTHER NOTICE.
HEARING DATES CAN BE OBTAINED FROM THE CLERKS AT (832) 927-2400.

NOTICE REGARDING NON-MILITARY AFFIDAVIT

IF YOU FILE A MOTION FOR DEFAULT JUDGMENT, YOU MUST COMPLY WITH
THE REQUIREMENTS OF 50 U.S.C. APP. 521, SECTION 201. THE REQUIREMENTS
FOR THE NON-MILITARY AFFIDAVIT ARE NOW MORE DETAILED. YOU ARE REQUIRED
TO STATE FACTS TO SUPPORT WHATEVER YOU ASSERT IN THE AFFIDAVIT.
READ THE FEDERAL STATUTE. A NON-COMPLYING MOTION FOR DEFAULT JUDGMENT
WILL NOT BE GRANTED AND WILL NOT BE SUFFICIENT TO AVOID DISMISSAL FOR
WANT OF PROSECUTION.

IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE
TRIAL COORDINATOR, MONICA NUNEZ AT (832) 927-2410.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS MATTER.

TANYA GARRISON

JUDGE, 157TH DISTRICT COURT

CASE - 202440127        FILED - 20240625        COURT - 157th
TYPE - PREMISES
WOOD, CYNTHIA VS FRONTIER AIRLINES INC

KEITH A PHILLIPS                                    24101137
141 N. SAN JACINTO 1
CONROE, TX 77301-7700                                              JCVG01

3/25/2025 4:22 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 98875437
By: Nathaly Maldonado
Filed: 3/25/2025 4:22 PM

## AFFIDAVIT OF SERVICE

State of Texas                County of Harris                157th Judicial District Court

Case Number: 202440127

Plaintiff:
**CYNTHIA WOOD**

vs.

Defendant:
**FRONTIER AIRLINES, INC.**

Received these papers on the 20th day of March, 2025 at 11:35 am to be served on **FRONTIER AIRLINES, INC. by delivering to its Registered Agent, THE PRENTICE-HALL CORPORATION SYSTEM, INC., 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, **Thomas Kroll**, being duly sworn, depose and say that on the **20th day of March, 2025 at 12:28 pm, I:**

hand-delivered a true copy of this **Citation and Plaintiff's Original Petition, to FRONTIER AIRLINES, INC. by delivering to its Registered Agent, THE PRENTICE-HALL CORPORATION SYSTEM, INC.,** by and through its authorized agent, **KANEISHSA GROSS,** at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 20th day of March, 2025 by the affiant who is personally known to me.


NOTARY PUBLIC

HELEN BROUSSARD
Notary ID #130429927
My Commission Expires
November 16, 2027

**Thomas Kroll**
PSC - 3012, Exp. 8/31/2025

Our Job Serial Number: THP-2025001922
Ref: Cynthia Wood

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



RECEIVED

MAR 2 0 2025

11:35am

**COPY OF PLEADING PROVIDED BY PLT**

Receipt Number: 1006047
Tracking Number: 74364649

CAUSE NUMBER: 202440127

| | |
|---|---|
| PLAINTIFF: WOOD, CYNTHIA | In the 157th Judicial |
| vs. | District Court of |
| DEFENDANT: FRONTIER AIRLINES INC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: FRONTIER AIRLINES INC BY SERVING ITS REGISTERED AGENT THE PRENTICE HALL
CORPORATION

211 E 7TH STREET SUITE 620

AUSTIN TX 78701

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on June 25, 2024, in the above numbered and styled cause on
the docket in the above Judicial District Court of Harris County, Texas, in the
courthouse in the City of Houston, Texas. The instrument attached describes the claim
against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you. In addition to
filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit. These disclosures generally must be
made no later than 30 days after you file your answer with the clerk. Find out more
at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
August 21, 2024.

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: MARISSA BROOKS

Issued at request of:
Phillips, Keith A
430 HEIGHTS BLVD
HOUSTON, TX  77007-7700
713-367-3475
Bar Number: 24101137

Tracking Number: 74364649

CAUSE NUMBER: 202440127

PLAINTIFF: WOOD, CYNTHIA                           In the 157th

   vs.                                        Judicial District Court

DEFENDANT: FRONTIER AIRLINES INC                   of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at 11:35 o'clock A M., on the 20th day of March , 20 25 .

Executed at (address) _____

in _____ County

at _____ o'clock _____. _____ M., on the _____ day of _____, 20 _____,

by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of
_____, 20 ____ .

FEE: S _____

_____ of _____

County, Texas

_____ By: _____
        Affiant                                      Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 _____.

_____
           Notary Public

Unofficial Copy Office of Marilyn Burgess District Clerk

RETURN / AFFIDAVIT PROCE - ATTACHED

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Fritz Barnett on behalf of Fritz Barnett
Bar No. 01782250
fbarnett@barnettlawfirm.com
Envelope ID: 98875437
Filing Code Description: No Fee Documents
Filing Description: NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL
Status as of 3/26/2025 8:08 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Keith Phillips | | keithalanphillips@gmail.com | 3/25/2025 4:22:36 PM | SENT |
| VICKI SCOTT | | vscott@barnettlawfirm.com | 3/25/2025 4:22:36 PM | SENT |
| Fritz Barnett | | fbarnett@barnettlawfirm.com | 3/25/2025 4:22:36 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk

3/25/2025 4:22 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 98875437
By: Nathaly Maldonado
Filed: 3/25/2025 4:22 PM

**No. 2024-40127**

| | | |
|---|---|---|
| CYNTHIA WOOD | § | IN THE DISTRICT COUT OF |
| | § | |
| V | § | HARRIS COUNTY TEXAS |
| | § | |
| FRONTIER AIRLINES, INC. | § | 157TH DISTRICT COURT |

**NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL**

1.       Fritz Barnett makes this notice of appearance as counsel for Plaintiff and is designated as Attorney in Charge for Plaintiff.



Respectfully submitted,
BARNETT LAW FIRM
By:      /s/ Fritz Barnett
TBN 01782250
46 Mike Slott Road
New Waverly, Texas 77358
(936) 344-6500
(936)-344-6551 (Facsimile)
(936) 218-5800 (Cell)
fbarnett@barnettlawfirm.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2025, a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, messenger, email, facsimile, and/or efiling system to all counsel of record.

_/s/ Fritz Barnett_

March 25, 2025

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Fritz Barnett on behalf of Fritz Barnett
Bar No. 01782250
fbarnett@barnettlawfirm.com
Envelope ID: 98875437
Filing Code Description: No Fee Documents
Filing Description: NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL
Status as of 3/26/2025 8:08 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| VICKI SCOTT | | vscott@barnettlawfirm.com | 3/25/2025 4:22:36 PM | SENT |
| Fritz Barnett | | fbarnett@barnettlawfirm.com | 3/25/2025 4:22:36 PM | SENT |
| Keith Phillips | | keithalanphillips@gmail.com | 3/25/2025 4:22:36 PM | SENT |

3/25/2025 4:22 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 98875437
By: Nathaly Maldonado
Filed: 3/25/2025 4:22 PM

**No. 2024-40127**

| | | |
|---|---|---|
| CYNTHIA WOOD | § | IN THE DISTRICT COUT OF |
| | § | |
| V | § | HARRIS COUNTY TEXAS |
| | § | |
| FRONTIER AIRLINES, INC. | § | 157TH DISTRICT COURT |

## PLAINTIFF'S VERIFIED MOTION TO RETAIN

1.       Citation was served on defendant on March 20, 2025. Attached is a copy of the Affidavit of Service of the Process Server.

2.       Citation was issued by the court clerk on August 28, 2024, but was apparently not served until March20, 2025.

3.       Plaintiff is pursuing her claim with diligence. The plaintiff requests the court to enter a pretrial order assigning a trial date for the case and setting deadlines for the joining of new parties, all discovery, filing of all pleadings, the making of a response or supplemental responses to discovery and other pretrial matters per Rule 165a.

4.       Should defendant fail to answer, plaintiff will timely seek default. If defendant answers, plaintiff will diligently pursue this case final judgment.

Wherefore premises considered, plaintiff prays that this case be retained on the docket and for general relief.

Respectfully submitted,
BARNETT LAW FIRM
By: ___/s/ Fritz Barnett_____
TBN 01782250
46 Mike Slott Road
New Waverly, Texas 77358
(936) 344-6500
(936)-344-6551 (Facsimile)
(936) 218-5800 (Cell)
fbarnett@barnettlawfirm.com
ATTORNEY FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2025, a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, messenger, email, facsimile, and/or efiling system to all counsel of record.

/s/ Fritz Barnett

March 25, 2025

## **DECLARATION**

My name is Cynthia Wood, my date of birth is, and my address is 12283 Old Montgomery Rd, Willis, TX 77318.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Montgomery County, State of Texas on March 25, 2025.

Declarant

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Harris**                    **157th Judicial District Court**

Case Number: 202440127

Plaintiff:
**CYNTHIA WOOD**

vs.

Defendant:
**FRONTIER AIRLINES, INC.**

Received these papers on the 20th day of March, 2025 at 11:35 am to be served on **FRONTIER AIRLINES, INC. by delivering to its Registered Agent, THE PRENTICE-HALL CORPORATION SYSTEM, INC., 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Thomas Kroll, being duly sworn, depose and say that on the **20th day of March, 2025 at 12:28 pm, I:**

hand-delivered a true copy of this **Citation and Plaintiff's Original Petition, to FRONTIER AIRLINES, INC. by delivering to its Registered Agent, THE PRENTICE-HALL CORPORATION SYSTEM, INC.,** by and through its authorized agent, **KANEISHSA GROSS**, at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 20th day of March, 2025 by the affiant who is personally known to me.


NOTARY PUBLIC


HELEN BROUSSARD
Notary ID #130429927
My Commission Expires
November 16, 2027

Thomas Kroll
PSC - 3012, Exp. 8/31/2025

Our Job Serial Number: THP-2025001922
Ref: Cynthia Wood

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



RECEIVED

MAR 2 0 2025

11:35 am

**COPY OF PLEADING PROVIDED BY PLT**

Receipt Number: 1006047
Tracking Number: 74364649

CAUSE NUMBER: 202440127

PLAINTIFF: WOOD, CYNTHIA

vs.

DEFENDANT: FRONTIER AIRLINES INC

In the 157th Judicial

District Court of

Harris County, Texas

CITATION

THE STATE OF TEXAS
County of Harris

TO: FRONTIER AIRLINES INC BY SERVING ITS REGISTERED AGENT THE PRENTICE HALL
CORPORATION

211 E 7TH STREET SUITE 620

AUSTIN TX 78701

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on June 25, 2024, in the above numbered and styled cause on
the docket in the above Judicial District Court of Harris County, Texas, in the
courthouse in the City of Houston, Texas. The instrument attached describes the claim
against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you. In addition to
filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit. These disclosures generally must be
made no later than 30 days after you file your answer with the clerk. Find out more
at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
August 21, 2024.

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: MARISSA BROOKS

Issued at request of:
Phillips, Keith A
430 HEIGHTS BLVD
HOUSTON, TX  77007-7700
713-367-3475
Bar Number: 24101137

Tracking Number: 74364649

CAUSE NUMBER: 202440127

PLAINTIFF: WOOD, CYNTHIA

                                            In the 197th

    vs.                                     Judicial District Court

DEFENDANT: FRONTIER AIRLINES INC            of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at 11:35 o'clock A M., on the 20th day of March , 20 25 .

Executed at (address) _____

in _____ County

at _____ o'clock _____. _____ on the _____ day of

_____, 20 _____,

by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of

_____, 20 _____.

FEE: S _____

_____          of _____

County, Texas

_____    By: _____
        Affiant                         Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of

_____, 20 _____.

                                   _____
                                            Notary Public

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Fritz Barnett on behalf of Fritz Barnett
Bar No. 01782250
fbarnett@barnettlawfirm.com
Envelope ID: 98875437
Filing Code Description: No Fee Documents
Filing Description: NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL
Status as of 3/26/2025 8:08 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| VICKI SCOTT | | vscott@barnettlawfirm.com | 3/25/2025 4:22:36 PM | SENT |
| Fritz Barnett | | fbarnett@barnettlawfirm.com | 3/25/2025 4:22:36 PM | SENT |
| Keith Phillips | | keithalanphillips@gmail.com | 3/25/2025 4:22:36 PM | SENT |