**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CYNTHIA WOOD,** § | | |
| Plaintiff, § | | |
| § | | |
| **V.** § | | CASE NO. 4:25-CV-01476 |
| § | | |
| **FRONTIER AIRLINES, INC.,** § | | |
| Defendant. § | | |

**DEFENDANT FRONTIER AIRLINES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant, FRONTIER AIRLINES, INC., discloses that it is wholly owned by Frontier Airlines Holdings, Inc., which is wholly owned by Frontier Group Holdings, Inc., a publicly traded Delaware corporation (NASDAQ: ULCC).

Dated: April 7, 2025

Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/ *Stephanie Laird Tolson*
Stephanie Laird Tolson
State Bar No. 11795430
Matthew A. Knox
State Bar No. 24071102
5151 San Felipe, Suite 1380
Houston, Texas 77056
Telephone: 346-344-4501
Facsimile: 346-202-0186
stolson@hinshawlaw.com
maknox@hinshawlaw.com

Michael G. McQuillen (*Pro Hac Vice* Forthcoming)
Richard C. Harris (*Pro Hac Vice* Forthcoming)
Kristin A. Hoffman (*Pro Hac Vice* Forthcoming)
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
Telephone: 312-704-3000
mmcquillen@hinshawlaw.com
rharris@hinshawlaw.com
khoffman@hinshawlaw.com

*Attorneys for Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on April 7, 2025, she served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Southern District of Texas, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ *Stephanie Laird Tolson*
Stephanie Laird Tolson