# UNITED STATES DISTRICT & BANKRUPTCY COURT
### Southern District of Texas



20250401-81

Keith A. Phillips
141 N. San Jancinto Street
Conroe, TX 77301

**United States Courts**
**Southern District of Texas**
**F I L E D**

APR 1 7 2025

Nathan Ochsner, Clerk of Court

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

---

Date: Tuesday, April 1, 2025
Case Number: 4:25-cv-01476
Document Number: 2 (2 pages)
Notice Number: 20250401-81
Notice: The attached order has been entered.

---

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

FIRST-CLASS

United States Courts
Southern District of Texas
FILED

APR 17 2025

Nathan Ochsner, Clerk of Court

US POSTAGE ᴵᴹ PITNEY BOWES

ZIP 77002 $ 000.69⁰
02 7W
0000355818 APR. 03. 2025

NIXIE          773  DE  1          0004/16/25

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 77208181010          *0133-04435-06-21