# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas

United States Courts
Southern District of Texas
FILED

APR 21 2025

Nathan Ochsner, Clerk of Court

```
20250401-82
```
Keith A. Phillips
141 N. San Jancinto Street
Conroe, TX 77301

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

Date: Tuesday, April 1, 2025
Case Number: 4:25-cv-01476
Document Number: 3 (6 pages)
Notice Number: 20250401-82
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.



**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
**FILED**

APR 21 2025

Nathan Ochsner, Clerk of Court

NIXIE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

FIRST-CLASS

US POSTAGE — PITNEY BOWES

ZIP 77002
02 7W
0003035818 APR 02 2025
$ 001.77⁰