# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas


20250401-83

Keith A. Phillips
141 N. San Jancinto Street
Conroe, TX 77301

United States Courts
Southern District of Texas
FILED

APR 21 2025

Nathan Ochsner, Clerk of Court

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

Date: Tuesday, April 1, 2025
Case Number: 4:25-cv-01476
Document Number: 4 (9 pages)
Notice Number: 20250401-83
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

**CLERK**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

APR 21 2025

Nathan Ochsner, Clerk of Court

NIXIE    773   7E 1         7204/16/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010          2091N106171-01749

FIRST-CLASS

US POSTAGE
$002.04