UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CYNTHIA WOOD | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:25−cv−01476 |
| | § | |
| FRONTIER AIRLINES, INC. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF RESETTING

A Pre−Motion Conference has been set in this matter for 03:00 PM on 5/1/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1611914858?pwd=oXE6zRf4GQ5ra8KCZlynwLaE6Ihx7J.1*
Meeting phone number: 16692545252
Meeting ID: 161 191 4858
Meeting Password: 010721

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 4/25/2025            Kimberly Picota
                           cm4147@txs.uscourts.gov
                           Case Manager to
                           U.S. District Judge George C. Hanks, Jr.