UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CYNTHIA WOOD | § | |
| | § | |
| V | § | CIVIL ACTION NO. 4:25-CV-01476 |
| | § | |
| FRONTIER AIRLINES, INC. | § | |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

1.  Fritz Barnett makes this notice of appearance as counsel for Plaintiff and is designated as Attorney in Charge for Plaintiff.

        Respectfully submitted,
        BARNETT LAW FIRM
        /s/ Fritz Barnett
        TBN 01782250
        46 Mike Slott Road
        New Waverly, Texas 77358
        (936) 344-6500
        (936)-344-6551 (Facsimile)
        (936) 218-5800 (Cell)
        fbarnett@barnettlawfirm.com
        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, messenger, email, facsimile, and/or filing system to all counsel of record.

        /s/ Fritz Barnett

April 28, 2025