UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CYNTHIA WOOD** | § | |
| | § | |
| V | § | CIVIL ACTION NO. 4:25-CV-01476 |
| | § | |
| **FRONTIER AIRLINES, INC.** | § | |

## CERTIFICATE OF INTERESTED PARTIES

1.  Cynthia Wood, Plaintiff.

2.  Fronier Airlines, Inc., Defendant.

        Respectfully submitted,
        BARNETT LAW FIRM
        By:    /s/ Fritz Barnett
        TBN 01782250
        46 Mike Slott Road
        New Waverly, Texas 77358
        (936) 344-6500
        (936)-344-6551 (Facsimile)
        (936) 218-5800 (Cell)
        fbarnett@barnettlawfirm.com
        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, messenger, email, facsimile, and/or filing system to all counsel of record.

        /s/ Fritz Barnett

April 28, 2025