United States District Court
Southern District of Texas

**ENTERED**
May 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-01476 |
|---|---|---|---|

| Cynthia Wood |
|---|
| *versus* |
| Frontier Airlines, Inc. |

| Lawyer's Name | Paula L. Wegman |
|---|---|
| Firm | Hinshaw & Culbertson LLP |
| Street | 151 North Franklin Street, Suite 2500 |
| City & Zip Code | Chicago, Illinois 60606 |
| Telephone & Email | 312-422-5776 |
| Licensed: State & Number | Illinois, 6239491, Admitted 05-08-1997 |
| Federal Bar & Number | Arizona, 017337, Admitted 10-19-1996 |

| Name of party applicant seeks to appear for: | Frontier Airlines, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 04/28/2025 | Signed: | /s/ Paula L. Wegman |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature | Active and authorized to practice |
|---|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: May 1st, 2025

*George C. Hanks Jr.*
United States District Judge

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Paula LoMonaco Wegman

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/08/1997 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 17th day of April, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



April 17, 2025

Paul L. Wegman
pwegman@hinshawlaw.com
SENT VIA ELECTRONIC MAIL ONLY

**RE: Paul L. Wegman.**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

    Admitted in Arizona:    Paul L. Wegman.
    Current Membership Status:    Inactive, in good standing.

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Sheila Silverio*

Resource Center

